1  Nancy Sher Cohen (SBN 81706)
2  ncohen@proskauer.com
   PROSKAUER ROSE LLP
3  2049 Century Park East, 32nd Floor
4  Los Angeles, CA 90067-3206
   Telephone:   310.557.2900
5  Facsimile:   310.557.2193

6
7  Attorneys for Defendant
   T-MOBILE USA, INC.

8
                UNITED STATES DISTRICT COURT
9
         CENTRAL DISTRICT OF CALIFORNIA / SOUTHERN DIVISION
10

11

| | |
|---|---|
| JESSICA LUNA, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and T-MOBILE USA, INC.,<br><br>            Defendants. | Case No.  8:15-cv-01603 JLS (KESx)<br><br>**NOTICE OF APPEARANCE OF NANCY SHER COHEN**<br><br>Judge:       Hon. Josephine L. Staton<br>Date Filed:  October 21, 2015<br>Trial Date:  None set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Nancy Sher Cohen of Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Los Angeles, CA 90067, hereby enters an appearance as counsel for Defendant T-Mobile USA, Inc.

DATED: October 21, 2015

**PROSKAUER ROSE LLP**

By: /s/ Nancy Sher Cohen
    Nancy Sher Cohen

Attorneys for Defendant
T-MOBILE USA, INC.