Nancy Sher Cohen (SBN 81706)
ncohen@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:    310.557.2900
Facsimile:    310.557.2193

Attorneys for Defendant
T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA / SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LUNA, on behalf of herself and all others similarly situated<br><br>                         Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and T-MOBILE USA, INC.,<br><br>                         Defendants. | Case No.  8:15-cv-01603 JLS (KESx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Judge:          Hon. Josephine L. Staton<br>Date Filed:     October 21, 2015<br>Trial Date:     None set |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for T-Mobile USA, Inc. ("T-Mobile"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    <u>Parent Corporations</u>: T-Mobile US, Inc., a Delaware corporation, is the direct parent of T-Mobile.

1        2.    Insurance Carriers: Steadfast Insurance Company; Ace American Insurance

2    Company; National Union Fire Insurance Company of Pittsburgh, PA; AXIS Insurance Company;

3    Scottsdale Insurance Company; Beazley Insurance Company; Argonaut Insurance Company; Starr

4    Indemnity & Liability Company; Berkley Insurance Company; Allied World National Assurance

5    Company; Zurich American Insurance Company; North American Specialty Insurance Company;

6    XL Specialty Insurance Company; Continental Casualty Company; and Endurance American

7    Insurance Company.

8

9    DATED: October 21, 2015          **PROSKAUER ROSE LLP**

10

11

12             By:    /s/    Nancy Sher Cohen

13                      Nancy Sher Cohen

14             Attorneys for Defendant

15             T-MOBILE USA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28