1 Daniel C. Girard (SBN #114826)
Email:  dcg@girardgibbs.com
2 Eric H. Gibbs (SBN # 178658)
3 Email:  ehg@girardgibbs.com
David M. Berger (SBN # 277526)
4 Email:  dmb@girardgibbs.com
5 **GIRARD GIBBS LLP**
6 601 California Street, 14th Floor
San Francisco, CA 94108
7 Telephone:  (415) 981-4800
8 Facsimile:   (415) 981-4846

9
[Additional Counsel Listed on Signature Page]
10
11 *Attorneys for Plaintiff Jessica Luna*

12 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
13 **SOUTHERN DIVISION**
14

| | |
|---|---|
| JESSICA LUNA, on behalf of herself, and all others similarly situated, | Case No. 8:15-cv-01603-JLS-KES |
| | CLASS ACTION |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT T-MOBILE USA, INC.** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jessica Luna hereby voluntarily dismisses her claims against Defendant T-Mobile USA, Inc. asserted in the above-captioned action.  This dismissal does not encompass Defendant Experian Information Solutions, Inc. and Plaintiff's claims against Experian Information Solutions, Inc. remain active.

Plaintiff filed her Complaint on October 6, 2015 (Doc. #1). Neither Defendant has served an Answer or motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this voluntary dismissal is without prejudice.

Dated:  October 21, 2015          By:     /s/ *Daniel C. Girard*
                                          Daniel C. Girard

**GIRARD GIBBS LLP**
Eric H. Gibbs
David M. Berger
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Gary E. Mason (*pro hac pending*)
Esfand Y. Nafisi (*pro hac pending*)
Benjamin Branda (*pro hac pending*)
**WHITFIELD BRYSON & MASON LLP**
1625 Massachusetts Avenue, NW, Ste. 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 640-1164

Gregory F. Coleman (*pro hac pending*)
Mark E. Silvey (*pro hac pending*)
Lisa A. White (*pro hac pending*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza

|   |   |
|---|---|
| 1 | 800 S. Gay Street, Suite 1100 |
| 2 | Knoxville, TN 37929 |
|   | Telephone: (865) 247-0090 |
| 3 |   |
| 4 | Edward A. Wallace (*pro hac pending*) |
|   | Mark R. Miller (*pro hac pending*) |
| 5 | Amy E. Keller (*pro hac pending*) |
| 6 | **WEXLER WALLACE LLP** |
|   | 55 West Monroe Street, Suite 3300 |
| 7 | Chicago, IL 60603 |
| 8 | Telephone: (312) 346-2222 |
| 9 |   |
| 10 | *Attorneys for Plaintiff Jessica Luna* |